

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BGD
F. #2026R00067

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 6, 2026

By ECF

The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn N.Y. 11201

      Re:    *United States v. Jon Consiglio*
               Criminal Docket No. 26-28 (DG)

Dear Judge Gujarati:

      The government respectfully submits this letter moving to appeal an order releasing the defendant on a $100,000 bond, subject to certain conditions of release, entered by Magistrate Judge Clay H. Kaminsky on March 6, 2026. The order was stayed until 3:00 P.M. on Monday March 9, 2026. The government seeks to be heard at the Court's earliest convenience. If no time is available on Monday, the government moves to extend the stay of Judge Kaminsky's order until a time to be heard is available. A copy of the order will be sent to chambers as soon as it is available.

      For the reasons stated in the government's February 27, 2026 letter (ECF No. 13), defendants request for bail should be denied, as there is no condition or combination of conditions that would ensure the safety of the community and reasonably assure the defendant's appearance in court.

                                 Respectfully submitted,

                                 JOSEPH NOCELLA, JR.
                               United States Attorney

By:   /s/ Brandon G. Davis
                               Brandon G. Davis
                               Assistant U.S. Attorney
                               (718) 254-6106